**MANDATE**

### UNITED STATES COURT OF APPEALS
### FOR THE
### SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of June, two thousand twenty-three,

_____

Daniel Kleeberg, Lisa Stein, Audrey Hays,

      Plaintiffs-Intervenors-Defendants-Appellees,

v.

Wendy Eber, in her individual capacity and as Executrix u/w/o LESTER EBER,
Alexbay, LLC, formerly known as Lester Eber, LLC

      Defendants-Intervenor-Defendants-Cross-Defendants-Appellants,

Lester Eber,

      Defendant-Intervenor-Defendant-Cross-Defendant,

Canandaigua National Corporation, doing business as Canadaigua National Bank & Trust,
The Estate of Lester Eber,

      Defendants,

Eber Bros. & Co., Inc., Eber Bros. Wine & Liquor Metro, Inc, Eber Bros. Wine and Liquor Corporation, EberConnecticut, LLC,

      Defendants-Nominal Defendants-Intervenor-Defendants-Cross-Defendants,

Elliot W. Gumaer, Jr., Estate of Elliot W. Gumaer, Jr.

      Defendants-Cross-Claimants-Cross-Defendants,

**ORDER**
Docket No. 23-787

Canandaigua National Bank and Trust Company,

     Defendant-Cross-Defendant,

Slocum & Sons of Maine, Inc., EberRhode Island, LLC
d/b/a Slocum & Sons of Rhode Island,
Eber Bros. Acquisition Corp., EberMetro, LLC,
EberRhode Island, LLC,

     Nominal Defendants.

_____

     The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

     The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit